APPEAL No. 74-134. E. GROSSMAN & SONS, INC. *v.* ANTONE R. ROCHA *et al.* Motion of appellee, E. Grossman & Sons, Inc., to affirm the judgment of the Superior Court pursuant to

Rule 16 (g) is denied. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for appellee. *Joseph B. Going,* for appellants.